IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| JOHN W. HARDIN | § | |
| VS. | § | CIVIL ACTION NO. 1:22cv463 |
| BRYAN COLLIER, ET AL. | § | |

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

John W. Hardin, proceeding *pro se*, filed this civil rights lawsuit.  The Court referred this matter to the Honorable Christine L. Stetson, United States Magistrate Judge.  The Magistrate Judge has submitted a Report and Recommendation of United States Magistrate Judge recommending that a motion for voluntary dismissal be granted and the case dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a).

The Court has received and considered the Report and Recommendation of United States Magistrate Judge, along with the record and pleadings.  Proper notice was given to plaintiff at his last known address.  *See* FED. R. CIV. P. 5(b)(2).  No objections were filed to the Report and Recommendation.

ORDER

Accordingly, the findings of fact and conclusions of law of the Magistrate Judge are correct and the report of the Magistrate Judge [Dkt. 43] is ADOPTED as the opinion of the Court.  The motion for voluntary dismissal [Dkt. 40] is GRANTED.  A final judgment shall be entered in accordance with the recommendation of the Magistrate Judge.

**SIGNED this 18th day of April, 2024.**

Michael J. Truncale
United States District Judge